UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: William B. Butler

**ORDER**
Civil No. 13-mc-00049 (MJD)
_____

By Order dated July 3, 2013, the Court appointed the Honorable James M. Rosenbaum to investigate William B. Butler's fitness to appear before this Court and to make a recommendation regarding appropriate disciplinary actions or sanctions. The Court hereby appoints Karin Ciano, Karin Ciano Law PLLC to assist Judge Rosenbaum with respect to the above-referenced investigation.

Date:   September 3, 2013

                                                      s/ Michael J. Davis
                                                      Michael J. Davis
                                                      Chief Judge
                                                      United States District Court